ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 OCT -6 PM 2:01

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

BARBARA BOURSHESKI,

    Plaintiff,

v.   CV 314-009

CAROLYN W. COLVIN, Commissioner
of Social Security,

    Defendant.

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request, with consent from Plaintiff, to remand this action for further agency action, **IT IS ORDERED** that the Commissioner's decision is hereby reversed under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.

Upon remand, the ALJ shall (1) obtain additional evidence concerning Plaintiff's mental impairments to complete the administrative record, including, if warranted, consultative mental status examinations with psychological testing and medical source statements about what she can still do despite

her impairments; (2) adjudicate the entire period at issue with consideration to Plaintiff's date last insured of June 30, 2009; (3) reevaluate Plaintiff's fibromyalgia under Social Security Rulings 12-2p and 14-1p; (4) evaluate evidence of record concerning Plaintiff's cognitive function; (5) reassess Plaintiff's RFC; (6) reevaluate all medical evidence of record; (7) if required by agency policy, hold a supplemental hearing; (8) obtain supplemental evidence from a vocational expert; and (9) conduct any other proceedings the Commissioner deems necessary. The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of October, 2014.

/s/ _____
UNITED STATES DISTRICT JUDGE